IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-256-D


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RON CHRISTOPHER WHITLEY, | ) | |
| | ) | |
| Defendant. | ) | |


Pursuant to Federal Rule of Criminal Procedure 32(h), the court hereby notifies the parties
that it is contemplating an upward departure under U.S.S.G. § 4A1.3(a)(1). Reliable information
indicates that defendant's criminal history underrepresents the seriousness of the defendant's
criminal history and the likelihood that he will commit other crimes. See Fed. R. Crim. P. 32(h);
U.S.S.G. § 4A1.3(a)(1).

SO ORDERED. This _16_ day of October 2018.


JAMES C. DEVER III
United States District Judge